FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Joshua Gonzalez,<br><br>　　　　Defendant. | Case No. 2:18-cr-00892-AB<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　A.　(✓) the appearance of defendant as required; and/or

　　　　B.　(✓) the safety of any person or the community.

///
///
///
///
///

1  2.   The Court concludes:
2      A.   (✓) Defendant has failed to demonstrate by clear and
3           convincing evidence that he is not likely to pose
4           a risk to the safety of any other persons or the
5           community.  Defendant poses a risk to the safety
6           of other persons or the community based on:
7           _criminal history & instant offense_
8           _allegation_
9
10
11
12     B.   (✓) Defendant has failed to demonstrate by clear and
13           convincing evidence that he is not likely to flee
14           if released.  Defendant poses a flight risk based
15           on: _criminal history & instant offense_
16           _allegation_
17
18
19
20
21     IT IS ORDERED that defendant be detained.
22
23     DATED: 9/13/2023
24
25                                   HONORABLE JACQUELINE CHOOLJIAN
                                     United States Magistrate Judge
26
27
28