FILED
CLERK, U.S. DISTRICT COURT

NOV 2 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

   v.

JOSHUA GONZALEZ,

     Defendant.

CASE NO. CR-18-00892-AB-15

ORDER OF DETENTION AFTER
HEARING (Fed.R.Cim.P. 32.1(a)(6)
18 U.S.C. § 3143(a) Allegations of
Violations of Probation/Supervised
Release Conditions)

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

 A. ( ✓ ) the appearance of defendant as required; and/or

 B. ( ✓ ) the safety of any person or the community.

2. The Court concludes:

 A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                   Page 1 of 2

1    other persons or the community.  Defendant poses a risk to the

2    safety of other persons or the community based on:

3    <u>Criminal history, including while on</u>

4    <u>supervision</u>

5    _____

6    _____

7    _____

8    B. (√)  Defendant has failed to demonstrate by clear and convincing

9    evidence that he is not likely to flee if released. Defendant poses

10    a flight risk based on: <u>nature of the offense</u>

11    _____

12    _____

13    _____

14    _____

15    _____

16    IT IS ORDERED that defendant be detained.

17

18

19

20    DATED: November 24, 2025

    *Alicia M. Rosenberg*

21    HONORABLE ALICIA G. ROSENBERG
    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)                                                    Page 2 of 2